IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22-CR-130 |
| vs. | |
| DEMETRIUS SPENCE, | **ORDER** |
| Defendant. | |

On May 31, 2023, the Court sentenced defendant Demetrius Spence. Filing 28 (Text Minute Entry). During the hearing, Spence noted that the case caption and all filings in this case referred to him as "Demetrius Jones Spence," but his real name does not include "Jones." Spence made an oral motion to change the case caption and ensure that all future court documents in this case refer to him only as "Demetrius Spence." The Court granted that motion at sentencing.

Courts routinely direct changes to the case caption upon a party's request. *See, e.g.*, *United States v. Finck*, 407 F.3d 908, 916–17 (8th Cir. 2005) (upholding the district court's decision to add an alias to the case caption when the defendant stated he committed the offenses under a different name); *In re Stryker Orthopaedics LFIT V40 Femoral Head Prod. Liab. Litig.*, 249 F. Supp. 3d 1353, 1356 (U.S. Jud. Pan. Mult. Lit. 2017) (granting in part and denying in part a request to change the case caption). Courts may also correct clerical errors in a judgment, order, or other part of the record. *See* Fed. R. Crim. P. 36. Pursuant to the Court's authority under Rule 36 and its inherent authority, *see Dietz v. Bouldin*, 579 U.S. 40, 47 (2016), the Court will order that the case caption and all future court documents refer to the defendant as Demetrius Spence. Accordingly,

IT IS ORDERED:

1. The Clerk of Court is directed to change the defendant's name to "Demetrius Spence" on the case caption; and

2. All future court documents shall refer to the defendant as "Demetrius Spence."

Dated this 1st day of June, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge